# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154814(60)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DARRELL WILDER, a/k/a DARRELL JOHN
WILDER, a/k/a DARRELL J. WILDER,
        Defendant-Appellant.
_____/

SC: 154814
COA: 327491
Wayne CC: 14-004600-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplement brief to August 4, 2017, is GRANTED. The same extension is given to defendant-appellant to file his supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk